IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **BRUCE STANLEY** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CIVIL ACTION NO. 3:15-cv-02325-N** |
| **V.** | § | |
| | § | **JURY DEMAND** |
| **STATE FARM LLOYDS** | § | |
| | § | |
| **Defendant.** | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Bruce Stanley and Defendant State Farm Lloyds hereby stipulate to the voluntary dismissal with prejudice of this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Therefore, Plaintiff's claims against Defendant are hereby dismissed with prejudice, with each party to bear its own costs, if any.

SO STIPULATED, this the 25th day of April, 2016.

        Respectfully submitted,

        /s/ Clayton Hardin*
        Bill L. Voss
        State Bar No. 24047043
        Scott G. Hunziker
        State Bar No. 24032446
        Clayton Hardin
        State Bar No. 24090144

        The Voss Law Firm
        26619 Interstate 45 South
        The Woodlands, Texas  77380
        Telephone:  (281) 842-8679
        Facsimile:   (281) 861-0021
        Email:  bill.voss@vosslawfirm.com
        Email:  scott@vosslawfirm.com
        Email:  clayton@vosslawfirm.com

        **COUNSEL FOR PLAINTIFF**
        *Signed with permission

        And

        /s/ Rhonda J. Thompson
        Rhonda J. Thompson
        State Bar No.: 24029862
        Scott L. Rogers
        State Bar No.: 24064369

        THOMPSON, COE, COUSINS & IRONS, L.L.P.
        Plaza of the Americas, 700 N. Pearl Street,
        Twenty-Fifth Floor
        Dallas, Texas 75201-2832
        Telephone: (214) 871-8200
        Facsimile: (214) 871-8209
        E-mail: rthompson@thompsoncoe.com
        E-mail: slrogers@thompsoncoe.com

        **COUNSEL FOR DEFENDANT**

## CERTIFICATE OF SERVICE

This is to certify that on the 25th day of April, 2016, a true and correct copy of the foregoing was delivered to the following counsel of record by electronic service and/or facsimile transmission and/or certified mail, return receipt requested:

    Bill L. Voss
    Scott G. Hunziker
    Clayton Hardin
    THE VOSS LAW FIRM, P.C.
    26619 Interstate 45 South
    The Woodlands, Texas 77380
        *Counsel for Plaintiff*

        /s/ Rhonda J. Thompson
        Rhonda J. Thompson